# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Trevor Stanley Greene, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:19-cv-00054-KDB-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Dallas Wyatt et al., | ) | |
| | ) | |
| Defendant(s), | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 25, 2019 Order.

June 25, 2019

_____
Frank G. Johns, Clerk
United States District Court